AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE _____ DISTRICT OF __ ALABAMA __

JANICE McCOLLUM

V.

AMTREN, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv1237-T

TO: (Name and address of defendant)
Amtren Corporation
5320 Perimeter Parkway
Montgomery, AL 361165124

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jimmy Jacobs, LLC
Attorney at Law
143 Eastern Boulevard
Montgomery, Alabama 36117

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(BY) DEPUTY CLERK

DATE 12/29/05