## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                           TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: McCollum vs. Amtren, Inc.

Case Number: 2:05cv1237-MHT

Referenced Docket Entry - Return Receipt Card - Doc. No. 3.

The referenced docket entry was filed by the Clerk's office in ERROR on ***1/9/06*** and is being STRICKEN from the docket. This resulted in an error on the docket sheet because this should have been filed in case 2:05cv1235-MHT. Please DISREGARD this docket entry.