# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| JANICE McCOLLUM, | ◆ |
| | ◆ |
| Plaintiff, | ◆ |
| | ◆ |
| vs. | ◆   CIVIL ACTION NO.: 2:05-CV-1237-T |
| | ◆ |
| AMTREN, INC., | ◆ |
| | ◆ |
| Defendant. | ◆ |

## NOTICE OF APPEARANCE

**COME NOW, CLIFTON E. SLATEN** and **G.R. TRAWICK** of the firm **SLATEN & O'CONNOR, P. C.**, and hereby file this their Notice of Appearance as counsel on behalf of **Amtren, Inc.**, in the above-styled case.

Respectfully submitted,

\s\ G. R. Trawick
**CLIFTON E. SLATEN** (Ala. SLA013)
**G.R. TRAWICK** (Ala. TRA007)
**Attorneys for Defendant Amtren, Inc.**

**OF COUNSEL:**
**SLATEN & O'CONNOR, P.C.**
105 Tallapoosa Street, Suite 101
Montgomery, Alabama  36104
(334) 396-8882
(334) 398-8880 fax

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing instrument upon the following attorney(s) of record by placing a copy of same in the United States Mail, postage prepaid this the 24th day of January, 2006.

Jimmy Jacobs, Esquire
143 Eastern Boulevard
Montgomery, Alabama 36117

    \s\ G. R. Trawick
    **OF COUNSEL**

F:\Business Group\Amtren Corporation\McCollum\Plead\NOA.wpd