# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JANICE McCOLLUM, | |
| Plaintiff, | |
| vs. | Case No. 2:05-CV-1237-WKW |
| AMTREN, INC., | |
| Defendant. | |

## MOTION FOR SUMMARY JUDGMENT OF DEFENDANT AMTREN, INC.

**COMES NOW,** the Defendant Amtren, Inc.("Amtren"), and pursuant to *Rule 56 of the Federal Rules of Civil Procedure,* states no genuine issue of material fact exist as to any of Planitiff Janice McCollum's claims, and thus, Amtren is entitled to a judgment as a matter of law. Amtren's motion is supported by the following:

1. Memorandum Brief submitted comtemporaneously with this Motion;
2. Amtren's Evidentiary Submission; and
3. Any and all pleadings filed in this case.

**WHEREFORE,** Defendant Amtren respectfully requests this Court grant its Motion for Summary Judgment, as no genuine issue of material fact exists and Defendant Amtren is entitled to a judgment as a matter of law.

1

Respectfully submitted this 27th day of November, 2006.

/s/ G.R. Trawick
CLIFTON E. SLATEN (Ala. SLA013)
G.R. TRAWICK (Ala. TRA007)
**Attorneys for Defendant Amtren, Inc.**

**OF COUNSEL:**
**SLATEN & O'CONNOR, P.C.**
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104
(334) 396-8882
(334) 398-8880 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing instrument upon the following attorney(s) of record by placing a copy of same in the United States Mail, postage prepaid this the 27th day of November, 2006.

Jimmy Jacobs, Esquire
143 Eastern Boulevard
Montgomery, Alabama 36117

/s/ G.R. Trawick
OF COUNSEL

2