IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION



| | |
|---|---|
| JANICE McCOLLUM, | ✦ |
| Plaintiff, | ✦ |
| vs. | ✦  Case No. 2:05-CV-1237-WKW |
| AMTREN, INC., | ✦ |
| Defendant. | ✦ |

**DEFENDANT AMTREN'S EVIDENTIARY SUBMISSION
IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT**

Defendant Amtren, Inc., files the attached documents in support of its Motion for Summary Judgment. The documents are also identified in the Brief in Support of Amtren's Summary Judgment Motion.

1. Exhibit 1 is a copy of Janice McCollum's rate of pay effective April 19, 2004.

2. Exhibit 2 is a copy of Janice McCollum's rate of pay effective April 1, 2005.

3. Exhibit 3 is a copy of Plaintiff's responses to Defendant's Interrogatories.

4. Exhibit 4 are copies of e-mails related to Padus, Inc.

5. Exhibit 5 is a summary of NSF charges to Amtren's checking account.

6. Exhibit 6 are copies of notices from the Internal Revenue Service to Amtren.

7. Exhibit 7 are copies of notices from the Internal Revenue Service to Amtren.

8. Exhibit 8 are copies of notices from the Internal Revenue Service to Amtren.

9. Exhibit 9 is a copy of a Blue Cross Blue Shield notice.

10. Exhibit 10 is a copy of a Blue Cross Blue Shield notice.

11. Exhibit 11 is a copy of a Blue Cross Blue Shield notice.

12. Exhibit 12 is a copy of the cancellation notice from Chase Merchant Services.

13. Exhibit 13 is a copy of Lisa McNamee's rate of pay effective April 25, 2005.

14. Exhibit 14 is a copy of Lisa McNamee's rate of pay effective May 2, 2005.

15. Exhibit 15 is a copy of Lisa McNamee's rate of pay effective June 19, 2005.

16. Exhibit 16 is a copy of the employee information card for Susan Seeber.

17. Exhibit 17 is a copy of the salary increase authorization for Susan Seeber.

18. Exhibit 18 are copies of relevant parts of the Deposition of Janice McCollum

19. Exhibit 19 are copies of relevant parts of the Deposition of Kirk Lamberth.

Respectfully submitted this 27th day of November, 2006.

/s/ G.R. Trawick
CLIFTON E. SLATEN (Ala. SLA013)
G.R. TRAWICK (Ala. TRA007)
**Attorneys for Defendant Amtren, Inc.**

**OF COUNSEL:**
**SLATEN & O'CONNOR, P.C.**
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104
(334) 396-8882
(334) 398-8880 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing instrument upon the following attorney(s) of record by placing a copy of same in the United States Mail, postage prepaid this the 27th day of November, 2006.

Jimmy Jacobs, Esquire
143 Eastern Boulevard
Montgomery, Alabama 36117

_____
OF COUNSEL