# Exhibit "1"

# AMTREN CORPORATION

## EMPLOYEE CHANGE STATUS/PAY FORM

EMPLOYEE NAME: _Janice McCollum_

EFFECTIVE DATE OF CHANGE: _4\19\04_

CHANGE REQUIRED:

Position Title:      From_____To_____

Position Class      From_____To_____

Pay Rate            From___961.54_____To___1153.85____
(Weekly or Hourly)

Pay Method          From_____To_____
(Changing to Direct Deposit requires copy of a voided check)

SUPERVISOR'S SIGNATURE: _____

OTHER CHANGE-PLEASE CIRCLE ONE

Address
Marital Status
Tax exemptions-fill out new tax forms
Bank Account-provide copy of voided check for the new account
Health insurance-fill out new health insurance forms

Please list the change:_____

_____

_____