# Exhibit "2"

AMTREN CORPORATION
NEW EMPLOYEE HIRE FORM

EMPLOYEE NAME: _Janice McCollum_

EFFECTIVE DATE OF CHANGE: _4/1/05_

CHANGE REQUIRED:

Position Title:        From: _____    To: _____

Position Class         From: _____    To: _____

Pay Rate: (Wkly) or Hrly   From: _1153.85_    To: _1211.53_

Pay Method             From: _____    To: _____
(Changing to Direct Deposit Requires copy of a voided check)

SUPERVISOR'S SIGNATURE: _____

OTHER CHANGE-PLEASE CIRCLE ONE:

Address
Marital Status
Tax Exemptions-fill out new tax forms
Bank Account-provide copy of voided check for the new account
Health insurance-fill out new health insurance forms

PLEASE LIST CHANGE: _____
_____
_____
_____
_____
_____

McCollum v Amtren 0010
Amtren Documents