# Exhibit "4"

## Jerry.Weisenfeld@AMTREN.com

**From:** Lisa.McNamee@AMTREN.com
**Sent:** Thursday, April 28, 2005 11:16 AM
**To:** Kirk.Lamberth@AMTREN.com
**Cc:** Jerry Weisenfeld
**Subject:** FW: Invoice from Padus, Inc.

FYI

Lisa McNamee
Accounting Administrator
Lisa.McNamee@AMTREN.com
Direct Line 334-280-7101
Direct Toll Free 888-220-2930
Direct Fax 888-220-2931
EFAX 888-259-0390
AMTREN CORPORATION
*Digital Media Publishing Systems*
www.amtren.com

---

**From:** Elizabeth Benetollo [mailto:ebenetollo@padus.com]
**Sent:** Thursday, April 28, 2005 12:15 PM
**To:** Lisa.McNamee@AMTREN.com
**Subject:** RE: Invoice from Padus, Inc.

Thank you Lisa,

I really appreciate your answer especially after the frustration of dealing with Janice.

Elisabetta

---

**From:** Lisa.McNamee@AMTREN.com [mailto:Lisa.McNamee@AMTREN.com]
**Sent:** Thursday, April 28, 2005 6:27 AM
**To:** Elizabeth Benetollo
**Subject:** RE: Invoice from Padus, Inc.

Dear Elisabetta,

    First I would like to offer my sincerest apologies for these past due invoices. I understand your frustration and I would like to let you know that I am working diligently to bring these invoices current. You will receive a check EVERY week until this problem is rectified. The amount of the checks cannot be determined at this time but you will receive payment on at least 2 invoices on every check until we are current. Thank you for being so very patient and please feel free to email or call me at any time. I can promise you that the invoice you referenced below will be paid tomorrow should I not find evidence of it being paid previously. Thanks again!

Lisa McNamee

4/28/2005

McCollum v Amtren 0077
Amtren Documents

Accounting Administrator
Lisa.McNamee@AMTREN.com
Direct Line 334-280-7101
Direct Toll Free 888-220-2930
Direct Fax 888-220-2931
EFAX 888-259-0390
AMTREN CORPORATION
*Digital Media Publishing Systems*
www.amtren.com

---

**From:** ebenetollo@padus.com [mailto:ebenetollo@padus.com]
**Sent:** Wednesday, April 27, 2005 6:05 PM
**To:** lisa.mcnamee@amtren.com
**Cc:** betty@padus.com
**Subject:** Invoice from Padus, Inc.

Dear Lisa :

as I already told you in one of my previous e-mails there was some problem in the past about some payments of few particular invoices that were by mistake skipped by Janice. Eventually I received all their payments except for the invoice below.

Before presenting it to you I went through our accounting and Amtren checks and it apperas it was never paid. The checks related to your payments that DID NOT cover the invoice below are No.11127 for $6,421 dated 2/10/2005 and No.11179 dated 2/25/05 for $20,317.

Please let me know if you have any question.

Thank you for your business - we appreciate it very much.

Sincerely,

Elisabetta Benetollo
Padus, Inc.


**To view your invoice**
Open the attached PDF file. You must have Acrobat® Reader® installed to view the attachment.

4/28/2005

McCollum v Amtren 0078
Amtren Documents