# Exhibit "5"

| Effective Date | Transaction Type | Amount | Trace Number |
| --- | --- | --- | --- |
| 10/26/2004 | Reversal - Credit | 30 | |
| 11/2/2004 | Reversal - Credit | 450 | |
| 4/13/2005 | Reversal - Credit | 30 | |
| 4/14/2005 | Reversal - Credit | 30 | |
| 12/2/2004 | Phone Transfer Debit | -100000 | |
| 12/16/2004 | Phone Transfer Debit | -75000 | |
| 1/6/2005 | Phone Transfer Debit | -125000 | |
| 2/1/2005 | Phone Transfer Debit | -177000 | |
| 2/28/2005 | Phone Transfer Credit | 50000 | |
| 3/8/2005 | Phone Transfer Credit | 75000 | |
| 3/11/2005 | Phone Transfer Credit | 25000 | |
| 3/21/2005 | Phone Transfer Credit | 10000 | |
| 10/25/2004 | NSF Fee | -30 | |
| 10/29/2004 | NSF Fee | -180 | |
| 11/1/2004 | NSF Fee | -450 | |
| 12/10/2004 | NSF Fee | -30 | |
| 12/13/2004 | NSF Fee | -90 | |
| 12/13/2004 | NSF Fee | -120 | |
| 1/31/2005 | NSF Fee | -30 | |
| 3/7/2005 | NSF Fee | -240 | |
| 4/12/2005 | NSF Fee | -30 | |
| 4/13/2005 | NSF Fee | -30 | |
| 10/26/2004 | Miscellaneous Debit | -9520.93 | |
| 11/1/2004 | Miscellaneous Debit | -840.84 | 11675 |
| 11/1/2004 | Miscellaneous Debit | -2231.58 | 11649 |
| 11/1/2004 | Miscellaneous Debit | -2734.5 | 11679 |
| 11/1/2004 | Miscellaneous Debit | -5584.7 | 11671 |
| 11/1/2004 | Miscellaneous Debit | -7373.23 | 11662 |
| 11/1/2004 | Miscellaneous Debit | -10170.23 | |
| 11/2/2004 | Miscellaneous Debit | -12.32 | 11674 |
| 11/2/2004 | Miscellaneous Debit | -50.69 | 11666 |
| 11/2/2004 | Miscellaneous Debit | -72.95 | 11645 |
| 11/2/2004 | Miscellaneous Debit | -140.4 | 11650 |
| 11/2/2004 | Miscellaneous Debit | -151.49 | 11664 |
| 11/2/2004 | Miscellaneous Debit | -180 | 11673 |
| 11/2/2004 | Miscellaneous Debit | -245.29 | |
| 11/2/2004 | Miscellaneous Debit | -710.82 | 11656 |
| 11/2/2004 | Miscellaneous Debit | -798.86 | 11683 |
| 11/2/2004 | Miscellaneous Debit | -1634.48 | 11667 |
| 11/2/2004 | Miscellaneous Debit | -1830 | 11653 |