# Exhibit "9"



DEFENDANT'S EXHIBIT 12



**BlueCross BlueShield of Alabama**

An Independent Licensee of the Blue Cross and Blue Shield Association.

RECEIVED MAR 2 8 2005

**GROUP INVOICE**

APR 05
May 05

AMTREN
MR. KIRK LAMBERTH
5321 PERIMETER PKWY
MONTGOMERY, AL 36116-5125

BILLING ACCOUNT:     05900-999
CURRENT BILLING PERIOD: 04/01/05 TO 05/01/05
PAYMENT DUE DATE: 04/01/2005
ANALYST: DORIS BOOKER         (800)239-9605
PROCESS DATE:   03/18/2005

THE ENROLLMENT AND PAYMENT ACTIVITY REPRESENTS INFORMATION PROCESSED FROM 02/11/2005 TO 03/18/2005.

PREVIOUS BALANCE . . . . . . . . . . . . . . . . . . .    $6,960.00

ADJUSTMENTS TO PREVIOUS BALANCE . . . . . . . . .   $1,170.00
   PLEASE CONTACT YOUR CUSTOMER ACCOUNTS REPRESENTATIVE
   IF YOU HAVE QUESTIONS REGARDING THE ABOVE ADJUSTMENTS.
PAYMENT ACTIVITY (+/-) . . . . . . . . . . . . . . .     $0.00
ADJUSTED PREVIOUS BALANCE . . . . . . . . . . . . .   $8,130.00      $8,130.00

CURRENT PERIOD AMOUNT DUE. . . . . . . . . . . .                    $6,810.00
                                TOTAL DUE. . .                     $14,940.00
                                                                 ===============

ENTERED 4.11.05

23050

*******************************************************************************
IT IS YOUR RESPONSIBILITY TO VERIFY THAT THE ATTACHED LISTING REFLECTS ALL ELIGIBLE EMPLOYEE'S COVERAGE FOR THE BILLING
PERIOD NOTED ABOVE AND REPORT ANY DISCREPANCIES TO US WITHIN 30 DAYS OF RECEIPT. RETROACTIVE CHANGE REQUESTS RECEIVED
THAT TIME WILL BE DENIED.
*******************************************************************************

**AS OF 03/18/2005, BLUE CROSS AND BLUE SHIELD OF ALABAMA HAD NOT RECEIVED SUFFICIENT PAYMENT FOR ALL ELIGIBLE EMPLOYE
   AND THEIR DEPENDENTS. PAYMENT HAS BEEN STOPPED FOR CLAIMS INCURRED AFTER THE DATE TO WHICH YOUR ACCOUNT IS PAID.
   COVERAGE WILL BE CANCELLED IF THE ADJUSTED PREVIOUS BALANCE IS NOT BROUGHT CURRENT BEFORE  03/31/2005.
   IF PAYMENTS HAVE BEEN MADE BUT DID NOT APPEAR ON THIS INVOICE, PLEASE CONTACT YOUR CUSTOMER ACCOUNTS REPRESENTATIVE.

McCollum v Amtren 0037
Amtren Documents