# Exhibit "10"



DEFENDANT'S EXHIBIT 13



**BlueCross BlueShield of Alabama**

An Independent Licensee of the Blue Cross and Blue Shield Association.

# GROUP INVOICE

AMTREN
MR. KIRK LAMBERTH
5321 PERIMETER PKWY
MONTGOMERY, AL 36116-5125

BILLING ACCOUNT:  05900-999
CURRENT BILLING PERIOD: 05/01/05 TO 06/01/05
PAYMENT DUE DATE: 05/01/2005
ANALYST:  DORIS BOOKER          (800)239-9605
PROCESS DATE:   04/15/2005

THE ENROLLMENT AND PAYMENT ACTIVITY REPRESENTS INFORMATION PROCESSED FROM 03/18/2005 TO 04/15/2005.

| | |
|---|---:|
| PREVIOUS BALANCE | $14,940.00 |
| ADJUSTMENTS TO PREVIOUS BALANCE | $0.00 |
| PAYMENT ACTIVITY (+/-) | $6,960.00- |
| ADJUSTED PREVIOUS BALANCE | $7,980.00   $7,980.00 |
| CURRENT PERIOD AMOUNT DUE | $6,810.00 |
| TOTAL DUE | $14,790.00 |

*****************************************************************************
IT IS YOUR RESPONSIBILITY TO VERIFY THAT THE ATTACHED LISTING REFLECTS ALL ELIGIBLE EMPLOYEE'S COVERAGE FOR THE BILLING PERIOD NOTED ABOVE AND REPORT ANY DISCREPANCIES TO US WITHIN 30 DAYS OF RECEIPT.  RETROACTIVE CHANGE REQUESTS RECEIVED AF THAT TIME WILL BE DENIED.
*****************************************************************************

**AS OF 04/15/2005, BLUE CROSS AND BLUE SHIELD OF ALABAMA HAD NOT RECEIVED SUFFICIENT PAYMENT FOR ALL ELIGIBLE EMPLOYEES AND THEIR DEPENDENTS.  PAYMENT HAS BEEN STOPPED FOR CLAIMS INCURRED AFTER THE DATE TO WHICH YOUR ACCOUNT IS PAID. COVERAGE WILL BE CANCELLED IF THE ADJUSTED PREVIOUS BALANCE IS NOT BROUGHT CURRENT BEFORE  04/30/2005.
IF PAYMENTS HAVE BEEN MADE BUT DID NOT APPEAR ON THIS INVOICE, PLEASE CONTACT YOUR CUSTOMER ACCOUNTS REPRESENTATIVE.

| DATE PROCESSED | PAYMENT AMOUNT | AMOUNT APPLIED TO THIS INVOICE |
|---|---|---|
| 4/05/2005 | $6,960.00 | $6,960.00 |

McCollum v Amtren 0038
Amtren Documents