# Exhibit "12"

Chase Merchant Services
Attn: Remittance Center
1307 Walt Whitman Road
Melville, NY - 11747

AMTREN CORPORATION
5321 PERIMETER PARKWAY
MONTGOMERY, AL 36116
Attn: DAVID FIELDS

Date:  10/7/04

RE:  459540058995
AMTREN CORPORATION

"NOTICE OF CANCELLATION"

Dear Sir/Madam:

Please be advised that your MasterCard/Visa account with Chase Merchant Services has been <u>CANCELLED</u> due to overdue unpaid charge(s) of $ 118.41

You are required to remit immediate payment pursuant to your Merchant Processing Agreement that you originally signed when your account was opened.

Should you have any questions, or require additional information, please feel free to call me at (631) 683-7763 or (800) 588-7545 ext. 7763 between the hours of 8:30 a.m. and 5:30 p.m. Eastern Standard Time.

Sincerely,
**Dawn Kilmer**
Collection Department

---

Please Detach this Portion and Mail with Payment

Please make all checks payable to **Chase Merchant Services**

| Merchant Name | AMTREN CORPORATION |
| --- | --- |
| Merchant # | 459540058995 |
| COLLID | DDESSER |
| Balance | $ 118.41 |
| Amount Paid | $ _____ |

**Chase Merchant Services**
P.O. Box 17548
Denver, CO - 80217-7548