# Exhibit "13"



April 28, 2005

Lisa McNamee

**Accounting Administrator Salary Increase**

Lisa,

You have progressed at an impressive pace. As such you have already mastered tasks that allow AMTREN to increase your salary earlier that our original plan.

Effective April 25, 2005 your salary will be $25,000.

Thanks for the efforts that are placing controls into AMTREN's accounting system.

Sincerely,
AMTREN CORPORATION

Kirk Lamberth
President

cc Jerry Weisenfeld

AMTREN CORPORATION
5320 Perimeter Pkwy • Montgomery, AL 36116 • (888) 2AMTREN Toll Free • (334) 280-7100 Tel • (334) 280-7105 Fax
Corporate Website • www.amtren.com

McCollum v Amtren 0066
Amtren Documents