# Exhibit "15"

# Salary/Hourly Pay Increase Form

Name:   Lisa McNamee

Current Rate:   32,000 Annual

New Rate:   40,000 Annual

Effective:   6/19/2005

Signature:   *[signature]*

Date:   06/27/2005

McCollum v Amtren 0064
Amtren Documents