# Exhibit "16"

**AMTREN CORPORATION**
EMPLOYEE INFORMATION SHEET

– Hire Date 11-16-05

| | |
|---|---|
| NAME: | Susan M. Seeber |
| ADDRESS | 9463 Alysbury Pl. |
| | Montgomery, AL 36117 |
| SPOUSE'S NAME | |
| TELEPHONE NUMBER | 334-215-7777 |
| CELL PHONE NUMBER | 334-763-2244 |
| IN CASE OF EMERGENCY | Nancy Milner |
| PHONE NUMBER | 215-7777 |
| PHONE NUMBER | 462-8745 |
| DATE | 11-21-05 |

McCollum v Amtren 0069
Amtren Documents