# Exhibit "17"

Amy.Holley@AMTREN.com

---

**From:** Kirk.Lamberth@AMTREN.com
**Sent:** Friday, February 17, 2006 6:30 PM
**To:** Amy.Holley@AMTREN.com
**Subject:** RE: Susan's Rate of Pay

Amy,

Go ahead and pay the full week at 45K. This will be a little extra for her. OK?

Kirk

Kirk Lamberth
Kirk.Lamberth@AMTREN.com
Direct Voice (334) 280-7111
Direct Toll Free (888) 287-3460
Direct Fax (888) 287-3461

AMTREN CORPORATION
*Digital Media Publishing Systems*
www.amtren.com

General Offices 800-239-5410
Sales Center 800-326-7186
Service Center 800-320-4361

*[handwritten: Feb 13-17  Pay Date Feb. 24  $45K]*

---

**From:** Amy.Holley@AMTREN.com [mailto:Amy.Holley@AMTREN.com]
**Sent:** Friday, February 17, 2006 8:34 AM
**To:** Kirk.Lamberth@AMTREN.com
**Subject:** RE: Susan's Rate of Pay

One more quick question, since her effective date for her raise falls on a Thursday, do you want me to pro-rate that week or pay her the 45K for that entire week?

Thanks.

Amy Holley
Human Resources Director
Amy.Holley@AMTREN.com
Direct Line 334-280-7123
AMTREN CORPORATION
*Digital Media Publishing Systems*
www.amtren.com

---

**From:** Kirk.Lamberth@AMTREN.com [mailto:Kirk.Lamberth@AMTREN.com]
**Sent:** Tuesday, February 14, 2006 7:37 PM
**To:** Amy.Holley@AMTREN.com
**Subject:** RE: Susan's Rate of Pay

Amy,

This is correct. I had informed Susan that she would received this increase.

Kirk

McCollum v Amtren 0071
Amtren Documents

2/21/2006