IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MCCOLLUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1237-WKW |
| | ) |
| AMTREN, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. # 12) filed on November 27, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on December 27, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before December 20, 2006. The defendant may file a reply brief on or before December 27, 2006.

**Briefs in support of or in opposition to any motion or application to the Court should not exceed 25 pages. In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to primary authority made in each section, and the pages on which each section and any sub-sections may be found.**

**The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed 25 pages, the courtesy copy shall be bound in a three-ring binder and tabbed.**

DONE this the 30th day of November, 2006.

                                                  /s/  W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE