IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MCCOLLUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1237-WKW |
| | ) |
| AMTREN, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon consideration of the Motion to Extend Time for Summary Judgment Response in Accordance with Fed. R. Civ. P. 56(f), and the unsworn statement attached thereto, filed by the plaintiff on December 14, 2006 (Doc. # 17), it is hereby ORDERED that:

1. On or before December 20, 2006, the plaintiff's counsel shall file a sworn affidavit or declaration in accordance with 28 U.S.C. § 1746 in support of the motion.

2. On or before December 27, 2006, the defendant shall show cause in writing why the motion should not be granted.

DONE this 15th day of December, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE