IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JANICE McCOLLUM** | ) |
| | ) |
|    **Plaintiff** | ) |
| | ) |
| **v.** | )   Case No. 2:-05-cv-1237-WKW |
| | ) |
| **AMTREN, INC.,** | )       (JURY DEMAND) |
| | ) |
|    **Defendant** | ) |

**Report of Parties Settlement Conference**

Comes now the Plaintiff, by and through undersigned counsel, and submits this Report of the Parties Settlement Conference, pursuant to the Court's Scheduling Order in this matter, conducted on December 18, 2006. The Parties have concluded that they are unable to reach a resolution of their differences at this time, but agree to continue their efforts pending further discovery in the matter.

Respectfully submitted this 18th day of December 2006.

                                                  /s/**Jimmy Jacobs**
                                                 JIMMY JACOBS (JAC051)
                                                 Attorney for Plaintiff
                                                 143 Eastern Boulevard
                                                 Montgomery, Alabama 36117
                                                 (334) 215-1788

<u>CERTIFICATE</u> <u>OF SERVICE</u>

      I hereby certify that a true and correct copy of the foregoing was transmitted to the Clerk of the Court for service upon counsel of record by the Court's CM/ECF system on this the 18th day of December, 2006.

       /s/**Jimmy Jacobs**
      JIMMY JACOBS (JAC051)

COUNSEL OF RECORD:

Clifton E. Slaten
G. R. Trawick
Slaten & O'Connor, P.C.
105 Tallapoosa Street, Ste. 101
Montgomery, Alabama 36104