IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JANICE McCOLLUM** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Case No. 2:-05-cv-1237-WKW |
| | ) | |
| **AMTREN, INC.,** | ) | (JURY DEMAND) |
| | ) | |
| **Defendant** | ) | |

**RESPONSE TO COURT'S ORDER OF DECEMBER 15, 2006**

COMES NOW THE PLAINTIFF, by and through undersigned counsel, and submits the attached sworn affidavit in support of her Motion to Extend Time for Summary Judgment Response in accordance with the Court's Order of December 15, 2006.

Respectfully submitted this 20th day of December 2006.

/S/ **JIMMY JACOBS**
JIMMY JACOBS (JAC051)
Attorney for Plaintiff
143 Eastern Boulevard
Montgomery, Alabama 36117
(334) 215-1788

1

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was transmitted to the Clerk of the Court for service upon counsel of record by the Court's CM/ECF system on this the 20th day of December, 2006.

      /s/**Jimmy Jacobs**
      JIMMY JACOBS (JAC051)

COUNSEL OF RECORD:

Clifton E. Slaten
G. R. Trawick
Slaten & O'Connor, P.C.
105 Tallapoosa Street, Ste. 101
Montgomery, Alabama 36104

2