

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE McCOLLUM<br>Plaintiff | )<br>)<br>) |
| v. | ) Case No. 2:-05-cv-1237-WKW<br>) |
| AMTREN, INC.,<br>Defendant | ) (JURY DEMAND)<br>) |

### AFFIDAVIT OF MIKE BISHOP

Before me, the undersigned authority, a Notary Public in and for the State of Alabama and the County of Montgomery, personally appeared Mike Bishop, who is known to me and who being first duly sworn, deposes and says as follows:

1) My name is Mike Bishop. I was formerly employed at Amtren, Inc. in Montgomery, Alabama. I am of more than nineteen years of age; a resident of Alabama; and, make this statement from my personal knowledge. I understand that my statement may be used as evidence in the above-styled lawsuit.

2) During the time that I was employed at Amtren, I overheard Kirk Lamberth, the company's chief executive officer; make a number of remarks which were discriminatory in nature. At this time I can specifically remember Mr. Lamberth stating, during a conversation about women in the workplace, that "More than one woman is definitely trouble!" I also recall that Mr. Lamberth said "I would never put a woman out there." during a discussion of whether we should have females

1

working in the production area. Mr. Lamberth also told me that he would not hire a black person. This remark occurred one day after I had interviewed several potential new employees, most of whom were black. After observing the persons that I was interviewing, Mr. Lamberth came to me and made this remark.

FURTHER SAITH AFFIANT NOT.

_____
MIKE BISHOP

SWORN to and SUBSCRIBED before me on this the 20th day of December, 2006.

{Seal}

_____
NOTARY PUBLIC
My commission expires  1-1-09

2