IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MCCOLLUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05cv1237-WKW |
| | ) |
| AMTREN, INC., | ) |
| | ) |
| Defendant. | ) |

# ORDER

Upon consideration of the Motion to Compel (Doc. #16) filed by the plaintiff on December 13, 2006, it is

ORDERED that the defendant shall file a response to the motion on or before January 5, 2007.

DONE this 22nd day of December, 2006.


/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE