# EXHIBIT "1"

Page 21

1    manufacture?
2    A.  Let me count, because I want to try -- I'm
3        not going -- again, I'm going to use a
4        number that I just -- I think it's going to
5        be six or seven.
6    Q.  Okay.  Now, do the engineers do any of the
7        manufacturing work?
8    A.  Their responsibility does not do that, but
9        they do assist from time to time.
10   Q.  Okay.  And to sort of get a picture in my
11       head, once a unit is produced, I would
12       assume it's boxed somehow, and your
13       manufacturing people would do that and move
14       it to some location to be sold?
15   A.  We have an assembly line process.  At the
16       end of the line it's quality checked, and
17       then it goes into a carton and is closed
18       up, yes.
19   Q.  How many people are currently involved in
20       management with Amtren?
21   A.  Currently?  Five.  Let me count...
22            MR. TRAWICK:  To keep from
23                confusing the court reporter,

Page 22

1        if you verbalize your
2        thoughts, she takes it down.
3            THE WITNESS:  Sorry about that.
4        My apologies.
5    A.  I'm going to say five.
6    Q.  Okay.  And I'm assuming that you are one of
7        those?
8    A.  Yes, that's correct.
9    Q.  You are the president and CEO?
10   A.  That's correct.
11   Q.  Who are the other four?
12   A.  By name, Bobby Lake, Susan Seeber, Derrick
13       Garrett --
14   Q.  Derrick?
15   A.  D-E-R-R-I-C-K, Garrett, G-A-R-R-E-T-T, and
16       Michael Rogers.
17   Q.  What is Bobby Lake's title?
18   A.  His title is general manager.  There's a
19       secondary title with that, too, controller.
20   Q.  Is Susan Seeber --
21   A.  Seeber.
22   Q.  Seeber?
23   A.  Yes, uh-huh (positive response).

Page 23

1    Q.  What's her title?
2    A.  Accounting manager.
3            Let me clarify that.  It's accounting
4        and business management.
5    Q.  And Derrick Garrett?
6    A.  Service manager.
7    Q.  And Michael Rogers?
8    A.  He's the logistics and inventory manager.
9    Q.  Is he that person that we were talking
10       about that would purchase and --
11   A.  Exactly.
12   Q.  -- do inventory control and so on?
13   A.  Yes.
14   Q.  Okay.  And typically service manager to me
15       means something in a retail setting, but
16       what does your service manager do?
17   A.  Our service manager receives calls from the
18       customer.  He manages a small group,
19       there's only two in it, but they're the
20       calls that come in from the customer with
21       issues regarding the systems.
22   Q.  Okay.
23   A.  Questions that -- you know, it's service

Page 24

1        calls similar to if you would call a
2        manufacturer for help with a product.
3    Q.  And the accounting manager?
4    A.  Susan?
5    Q.  Yes.
6    A.  What was your question?
7    Q.  What specifically does she do?
8    A.  Susan is responsible for the accounts
9        payable, the accounts receivable, the
10       basically matching the purchase orders with
11       the packing lists.  I would say primarily
12       any accounting duty up and to the
13       production of -- in fact, I guess all
14       accounting areas.  She also manages the
15       front office, too, anybody in the front
16       office.
17   Q.  Okay.  Does she do like monthly income
18       statements?
19   A.  Yes, she does.
20   Q.  Financial statements for the end of the
21       year?
22   A.  Yes, she does.  Those are nonaudited, just
23       output type reports.  And she does,

Page 25

1    actually, some of them weekly.
2    Q.  Okay.  Is she also responsible for writing
3        checks?
4    A.  Yes, she is.
5    Q.  Making payments to Blue Cross Blue Shield?
6    A.  Yes, she is.
7    Q.  And tax payments?
8    A.  Yes, she is.
9    Q.  Is she a CPA?
10   A.  No, she is not.
11   Q.  To try to shorten things a little bit, I'm
12       going to say I think the general manager is
13       responsible for everything; is that right?
14   A.  The general manager in the role is -- yes,
15       operations and -- I call it the front
16       office, if you will.  It would be the
17       service and the purchasing and the
18       accounting areas, yes.
19   Q.  Okay.
20   A.  I think that's correct.
21   Q.  And how is that role different from that of
22       controller?
23   A.  The controller title in Mr. Lake's

Page 26

1    situation is because he is the CPA, and he
2    does review our accounting output; thus,
3    the title is, if you will, a co-title to
4    allow that role to be a double check for
5    the accounting system.
6    Q.  Okay.  When was Bobby Lake employed as
7        general manager and/or controller?
8    A.  I believe the dates are somewhere -- we can
9        verify this.  It would be January or
10       February of this year.  We can verify the
11       exact date if you want to.  I do know it
12       was the beginning of this year.
13   Q.  Okay.  How about Susan Seeber?
14   A.  I believe her role -- it would be in the
15       fall of last year.  It would be somewhere
16       around October -- again -- September,
17       October, I believe.
18   Q.  Was Susan Seeber hired into the position of
19       accounting manager or --
20   A.  Yes, she was.
21   Q.  Okay.  And I want to ask the same question
22       about Bobby Lake.  Was he hired as general
23       manager or did he have some other position

Page 27

1    before that?
2    A.  No, he was hired in as general manager.
3    Q.  Okay.  What about Derrick Garrett?  How
4        long has he been with you?
5    A.  Again, I'm going to estimate 2003.  Late
6        2003, early 2004.
7    Q.  And Michael Rogers?
8    A.  Spring of 2006.  Exact month, I would
9        estimate May.
10   Q.  Who did Mr. Rogers replace?
11   A.  At the time of his employment?
12   Q.  Yes.
13   A.  Wayne Crabtree.
14   Q.  And who did Derrick Garrett replace?
15   A.  The position did not -- it's a growth
16       position.  It did not exist.
17   Q.  New position?
18   A.  Yes.
19   Q.  And whom did Susan Seeber replace?
20   A.  Lisa McNamee.
21   Q.  And Bobby Lake?
22   A.  New position.
23   Q.  Do you recall the date that Janice McCollum

Page 28

1    was initially employed?
2    A.  The dates of her employment?
3    Q.  Yes.
4    A.  January of 2004 through April of 2005.
5    Q.  Okay.  Who was responsible for hiring her?
6    A.  I was.
7            (Plaintiff's Exhibit 1 was marked
8            for identification.)
9    Q.  If you would look at -- I'll represent to
10       you this is Amtren's responses to
11       Ms. McCollum's discovery requests.  Have
12       you ever signed a copy of this?
13           MR. TRAWICK:  Yes.
14   A.  Yes.
15           MR. TRAWICK:  We can get you a
16       signed copy.
17           MR. JACOBS:  I'm not sure that I
18       have one.
19           MR. TRAWICK:  My recollection is
20       we sent this to you and told
21       you we would supplement with a
22       signed copy.
23           MR. JACOBS:  That you would get a