# EXHIBIT "2"

Case 2:05-cv-01237-WKW-WC    Document 24-3    Filed 12/27/2006    Page 2 of 2

Deposition of Kirk Lamberth             McCollum vs. Amtren          November 15, 2006

Page 93

1           (Plaintiff's Exhibit 6 was marked
2             for identification.)
3   Q.  Could you explain to me what you meant by
4       exceeded her authority on several
5       occasions.
6   A.  Primarily that would relate to the copier
7       lease where that -- we had discussed
8       obtaining a copier, and we did obtain a
9       copier, and she entered into a lease
10      agreement.  Even though the company had
11      discussed the fact that we would do that, I
12      was unaware that she had executed a lease.
13  Q.  Was that discussed in one of the management
14      meetings, getting a copier?
15  A.  The copier.  Not the execution of the lease
16      without an officer signing it.
17  Q.  Okay.
18          MR. JACOBS:  Let's mark this one
19      as Plaintiff's 7.
20          (Plaintiff's Exhibit 7 was marked
21            for identification.)
22  Q.  The next item refers to price decreases
23      from Plextor.  Have we discussed that?

Page 94

1   A.  That was the item we talked about.
2   Q.  All right.  Which of her duties pertaining
3       to the purchase of MAS90 did she not
4       perform adequately?
5   A.  The integration of MAS90 was discussed
6       extensively at the end of 2004, and we had
7       generated a document to sit down and review
8       this process.  The undertaking would be
9       significant.  It was my understanding that
10      as Ms. McCollum moved forward with that,
11      she would seek integrated services, turnkey
12      integrated services from the vendors that
13      we were discussing.  She handled the
14      discussions with the vendors and sought the
15      bidding and was subsequently awarded the
16      bid.  At that time – and it wasn't until
17      later did I know that we did not submit --
18      we did not obtain a fully integrated
19      package.  We obtained a package that was
20      partially integrated that we would
21      subsequently have to -- I guess the word is
22      enter the data on our own later to
23      completely fulfill it.

Page 95

1   Q.  Did you ever see the agreement that was
2       signed regarding that system?
3   A.  I saw parts of the agreement.  I don't know
4       that I knew specifically about that.  It
5       was Ms. McCollum's responsibility.  For
6       Amtren's benefit, that had to be a fully
7       integrated system.  It was my understanding
8       with her we would obtain a turnkey fully
9       integrated system, and I subsequently
10      approved her to spend the moneys that we
11      did on that.  I do not recall looking
12      specifically at the details of the contract
13      to that extent.
14  Q.  Was there a specific amount of money that
15      you approved for her to spend?
16  A.  I don't think it was specific, but I think
17      we do -- we did discuss the numbers that we
18      ended up paying.  I don't know the exact
19      numbers, but I do think 20 or $30,000.  The
20      issue was not really the financial part so
21      much as to make sure it was turnkey; that
22      it was to be fully implemented.
23  Q.  Okay.  So if I can restate, and you tell me

Page 96

1       if I'm wrong.  Is it fair to say that what
2       you're complaining of there is the fact
3       that she did not contract with Wilson,
4       Price for a completely installed and
5       implemented system?
6   A.  Yes.  That is a pretty fair assumption.
7       There are a lot of terms that have been
8       passed around about integration of MAS90.
9       The issue that we had was pretty much in
10      line with what you said.
11  Q.  Okay.  And is that also the basis for your
12      complaint, the next one, that she released
13      Wilson, Price prior to the complete and
14      satisfactory conversion to the new
15      accounting system?
16  A.  Yes.
17  Q.  Who was your technical assistance person
18      from Wilson, Price in implementation of
19      that system?
20  A.  Bobby Lake.
21  Q.  Okay.  Do you know if Bobby Lake ever
22      complained to Wilson, Price regarding any
23      lack of appropriate performance on the part