# EXHIBIT "3"

Page 97

1   of Ms. McCollum?
2   A. I'm unaware. I don't know.
3   Q. During the time that Ms. McCollum was
4       employed by you, were there any reports to
5       you from Wilson, Price that her performance
6       was less than adequate?
7   A. I don't think so. I don't think so.
8   Q. Okay. When you hired Bobby Lake, were you
9       aware that your contract forbade the hiring
10      of any person from Wilson, Price who was
11      involved in implementing that contract for
12      a period of 180 days?
13          MR. TRAWICK: Object to the form.
14              Are you stating that's what
15              the contract states?
16          MR. JACOBS: Yes.
17  Q. I'm asking you if you were aware there was
18      a restriction in your contract with Wilson,
19      Price that you could not hire any of their
20      employees who were involved in that
21      contract for a time period after completion
22      of the contract.
23  A. Of how many days?

Page 98

1   Q. I believe it was -- I believe it was 180
2       days.
3           Eighteen months. I'm sorry.
4   A. Those items were discussed with Wilson,
5       Price when Bobby's employment was sought.
6       So we were aware, yes, but the items were
7       discussed with Wilson, Price.
8   Q. Whom did you discuss it with at Wilson,
9       Price?
10  A. I basically -- I personally don't think I
11      discussed with anybody anything. I think
12      Mr. Lake -- it was his responsibility to
13      review that.
14  Q. Okay. But Amtren was a signatory to the
15      contract?
16  A. I'll have to see the contract that you're
17      talking about. You're talking about for
18      that -- the Wilson, Price contract?
19  Q. Yes.
20  A. How can I answer that without seeing it? I
21      mean, I would say we entered into an
22      agreement, yes, to purchase MAS90. I do
23      not recall the details of the contract, to

Page 99

1   that nature.
2   Q. Okay.
3   A. Does that -- that's the best I can answer.
4   Q. Okay. I'm going to ask you about some
5       individuals now. Jerry Weisenfeld is the
6       first one. What was Jerry Weisenfeld's
7       title?
8   A. His title, I believe, was business manager
9       or business management. It was more of a
10      business expansion role.
11  Q. Okay. Was his job different from the
12      person who now has the title of business
13      manager?
14  A. Oh, yes, completely.
15  Q. Okay.
16  A. Yes. His role -- to clarify,
17      Mr. Weisenfeld's role was sales and
18      vendor -- large account relations. We have
19      a lot of large accounts. His role on the
20      business side was really not the inner
21      workings, but more about sales, to assist
22      in sales, development of strategic
23      relationships with some of our larger

Page 100

1   accounts.
2   Q. Did he have any responsibility for the
3       MAS90 system?
4   A. No, he did not have any responsibility.
5   Q. Did he have any responsibilities for
6       banking?
7   A. No, no direct responsibilities for banking.
8   Q. Did he have an indirect responsibility?
9   A. No, I don't think so.
10  Q. Okay.
11  A. You know, his role did overlap in certain
12      areas, but he didn't have any direct
13      responsibility for banking.
14  Q. And was it Mike Bishop you told me was the
15      logistics person?
16  A. No, David Fields.
17  Q. David Fields. Okay.
18          Did David Fields ever make any large
19      mistakes in inventory?
20  A. Pertaining to what period? The period --
21  Q. During the time he was employed by Amtren.
22  A. In a previous position. It wasn't his
23      mistake as an individual, but we did have