# In The Matter Of:

*Janice McCollum v.*
*Amtren*

*Janice McCollum*
*October 25, 2006*

*Jennifer Davis, CSR*

Original File MCCOLLUM.v1, Pages 1-194

**Word Index included with this Min-U-Script®**

**Page 185**

[1] payable accounts?
[2] A. Sure, uh-huh.
[3] Q. And it's my understanding that
[4] Padus -- is that the way you pronounce it?
[5] A. I believe that's right. Padus.
[6] Q. Would send invoices to Amtren to
[7] be paid?
[8] A. Yes.
[9] Q. I believe it was your
[10] responsibility to ensure that those invoices
[11] were timely paid?
[12] A. Yes.
[13] Q. Were there ever any problems
[14] with Amtren making timely payments to Padus?
[15] A. When you say timely payments,
[16] what are the terms?
[17] Q. What do you mean by timely
[18] payments?
[19] A. We tried to pay all of our
[20] vendors within 45 days. Sometimes that
[21] worked out, and sometimes it didn't. It
[22] depended on cash flow.
[23] Q. Now, my question is, were there

**Page 186**

[1] problems with making timely payments to
[2] Padus?
[3] A. There may have been. I don't
[4] remember.
[5] Q. You don't recall any?
[6] A. I mean, I don't know. I would
[7] have to see the documents.
[8] Q. Well, were there lots of
[9] accounts that there were problems with
[10] making timely payments to?
[11] A. No, not in my opinion.
[12] Q. Then, if there was a problem
[13] with Padus, you should remember that, then;
[14] is that correct?
[15] A. Maybe I should. It's two years
[16] ago. I don't.
[17] Q. However, you do recall that
[18] there were problems with making timely
[19] payments to some of the accounts payable of
[20] Amtren; is that correct?
[21] A. No, I don't recall that. We
[22] tried to pay everybody in 45 days. You
[23] know, that was our terms.

**Page 187**

[1] Q. Were the accounts paid within 45
[2] days?
[3] A. We tried to.
[4] Q. Does that mean that sometimes --
[5] A. I'm not going to sit here and
[6] say we paid every account in 45 days,
[7] because I don't know.
[8] Q. Do you know who Elisabetta
[9] Benetollo is?
[10] A. Does she work for Padus?
[11] Q. Yes. It's spelled
[12] E-L-I-S-A-B-E-T-T-A, B-E-N-E-T-O-L-L-O.
[13] A. Okay.
[14] Q. Do you recall her?
[15] A. I believe I do.
[16] Q. I spelled it for the court
[17] reporter, not you.
[18] A. I know that.
[19] Q. Did you ever have any problems
[20] with -- strike that. Do you recall
[21] discussing any problems with Ms. Benetollo
[22] about problems getting the invoices paid to
[23] Padus?

**Page 188**

[1] A. I don't remember the specifics.
[2] I would need to see the documents.
[3] Q. What do you remember generally?
[4] A. I remember talking to her, I
[5] believe. I don't know every piece of the
[6] conversation.
[7] Q. Well, do you recall generally
[8] what the problem was or problems were?
[9] A. I don't know if there was a
[10] problem.
[11] Q. You just don't know --
[12] A. If it's regarding payment. Like
[13] I said, we tried to pay everyone in 45 days.
[14] Q. Did you ever talk with
[15] Mr. Lamberth about problems with not paying
[16] everyone in 45 days?
[17] A. No, not that I remember.
[18] Mr. Lamberth was all for paying everybody in
[19] 45 days.
[20] Q. Was it your responsibility --
[21] strike that. Did you have any
[22] responsibility with the processing of orders
[23] from Amtren's customers?