IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 DEC 27 P 3: 44

| | |
|---|---|
| JANICE McCOLLUM, | |
| Plaintiff, | |
| vs. | Case No. 2:05-CV-1237-WKW |
| AMTREN, INC., | |
| Defendant. | |

**DEFENDANT AMTREN'S SUPPLEMENTAL EVIDENTIARY SUBMISSION
IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT**

Defendant Amtren, Inc., files the attached documents in support of its Motion for Summary Judgment. The documents are also identified in the Defendant's Reply Brief to Plaintiff's Claims.

1. Exhibit 1 are copies of relevant parts of the Deposition of Janice McCollum

2. Exhibit 2 are copies of relevant parts of the Deposition of Kirk Lamberth.

3. Exhibit 3 is the affidavit of Amy Holley.

Respectfully submitted this 27th day of December, 2006.

/s/ G. R. Trawick
G. R. "Rick" TRAWICK (Ala. TRA007)
Attorney for Defendant Amtren, Inc.

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street, Suite 101

Montgomery, Alabama 36104
(334) 396-8882
(334) 398-8880 fax

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing instrument upon the following attorney(s) of record by placing a copy of same in the United States Mail, postage prepaid this the 27th day of December, 2006.

        Jimmy Jacobs, Esquire
        143 Eastern Boulevard
        Montgomery, Alabama 36117

_/s/ A. R. Trawick_
**OF COUNSEL**