IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JANICE McCOLLUM, | ✦ | |
| Plaintiff, | ✦ | |
| vs. | ✦ | Case No. 2:05-CV-1237-WKW |
| AMTREN, INC., | ✦ | |
| Defendant. | ✦ | |

## AFFIDAVIT OF AMY HOLLEY

STATE OF ALABAMA
COUNTY OF MONTGOMERY

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Alabama personally appeared Amy Holley, who is known to me and who, being first duly sworn, did depose and say as follows:

1.My name is Amy Holley. I make this affidavit of my own personal knowledge and in support of the Motion for Summary Judgment filed by the Amtren, Inc., the defendant in the above-styled case currently pending in the United States District Court for the Middle District of Alabama.

2.I am currently the Director Of Human Resources Management for Amtren

1

Inc., ("Amtren"). In this capacity, my office has custody of the personnel records and files of the employees of Amtren.

3.   I have searched the personnel files and records of Amtren. I have prepared a list of the employees of Amtren effective April 1, 2005, which is attached hereto and incorporated by reference as Exhibit 1. The attached Exhibit 1 also includes the race and sex of each employee.

*Amy Holley*
Amy Holley

BEFORE me, the undersigned authority, personally appeared Amy Holley who, being by me first duly sworn, deposes and says that the statements contained in the above and foregoing Affidavit are true and correct to the best of his information, knowledge and belief.

DATED this 2nd day of January, 2007.

*[signature]*
Notary Public

(SEAL)

My Commission Expires:

3-28-10

2

EXHIBIT 1

Received Time Nov. 27. 1:37PM

### Employed on April 1, 2005

| Name | Sex | Race |
|---|---|---|
| Kirk Lamberth | Male | W |
| Mike Drazez | Male | W |
| John Klein | Male | W |
| Steve Stockman | Male | W |
| William Fields | Male | W |
| Danny Morrison | Male | W |
| Chris Hanchey | Male | W |
| Joy Morgan | Female | W |
| Tace Horii | Male | A |
| Tim Brucke | Male | W |
| George Ganjei | Male | W |
| Janice McCollum | Female | A |
| Mark Cochran | Male | W |
| Derrick Garrett | Male | W |
| Roland Cotton | Male | B |
| Rhett Perry | Male | W |
| Jerry Weisenfeld | Male | W |
| Sebrone Ingram | Male | B |
| Paul Pace | Male | W |
| Robert Sharkey | Male | W |
| Len Traywick | Male | W |
| Lisa McNamee | Female | A |

(Lisa was hired by Amtren on April 11, 2005, but was working at Amtren on April 1 through Walker Personnel)