**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 3, 2007

# NOTICE OF CORRECTION

**From:**             Clerk's Office

**Case Style:**       Janice McCollum v. Amtren, Inc.

**Case Number:**      #2:05-cv-01237-WKW

**Referenced Document:**   Document #26
                           Evidentiary Submission

**This notice has been docketed to enter Exhibit #3-Affidavit of Amy Holley into the record as an attachment to the referenced document which was omitted at the original time of filing due to docketing error. The pdf of Exhibit #3-Affidavit of Amy Holley is attached to this notice.**