IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MCCOLLUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1237-WKW |
| ) | |
| AMTREN, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On December 14, 2006, the plaintiff filed a Motion to Extend Time for Summary Judgment Response in Accordance with Fed. R. Civ. P. 56(f). (Doc. # 17.) On December 20, 2006, the plaintiff filed a response to the defendant's motion for summary judgment (Doc. # 21), and on December 27, 2006, the defendant filed a response in opposition to the plaintiff's motion for extension (Doc. # 24). Upon consideration of the plaintiff's motion, defendant's response thereto and plaintiff's response to the pending motion for summary judgment, it is hereby

ORDERED that the motion (Doc. # 17) is DENIED as moot.

DONE this 4th day of January, 2007.

        /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE