IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MCCOLLUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1237-WKW |
| ) | |
| AMTREN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the Defendant's Motion to Strike Portions of Plaintiff's Affidavit Testimony in Support of Plaintiff's Response to Defendant's Motion for Summary Judgment filed on December 27, 2006 (Doc. #25), it is hereby

ORDERED that on or before January 18, 2007, the plaintiff's shall show cause in writing why the motion should not be granted.

Done this 4th day of January, 2007.

                                           /s/  W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE