IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JANICE McCOLLUM | ) | |
|     **Plaintiff** | ) | |
| | ) | |
|     v. | ) | Case No. 2:-05-cv-1237-WKW |
| | ) | |
| AMTREN, INC., | ) | (JURY DEMAND) |
|     **Defendant** | ) | |

**PLAINTIFF'S LIST OF PROSPECTIVE WITNESSES**

The Plaintiff submits the following as prospective witnesses at the trial of this matter:

Will Call

1. Janice McCollum
   c/o Jimmy Jacobs, L.L.C.
   4137 Carmichael Rd. Ste 100
   Montgomery, AL 36106
   (334)215-1788

2. Mike Bishop
   c/o Jimmy Jacobs, L.L.C.
   4137 Carmichael Rd. Ste 100
   Montgomery, AL 36106
   (334)215-1788

3. David Fields
   c/o Jimmy Jacobs, L.L.C.
   4137 Carmichael Rd. Ste 100
   Montgomery, AL 36106
   (334)215-1788

4. Lisa McNamee
   c/o Jimmy Jacobs, L.L.C.
   4137 Carmichael Rd. Ste 100
   Montgomery, AL 36106
   (334)215-1788

May Call:

5.  Kirk Lamberth,
    Amtren Corporation
    5320 Perimeter Parkway
    Montgomery, AL 36116

6.  Robert Lake
    Amtren Corporation
    5320 Perimeter Parkway
    Montgomery, AL 36116

7.  Susan Seeber
    Amtren Corporation
    5320 Perimeter Parkway
    Montgomery, AL 3611

8.  Representative
    Wilson-Price Accounting
    3815 Interstate Court
    Montgomery, AL 36109

9.  Representative
    Workforce/Walker Personnel
    300 Arba Street
    Montgomery, AL 36104

10. Amy Holley
    Amtren Corporation
    5320 Perimeter Parkway
    Montgomery, AL 36116

The Plaintiff may also call any person or entity proposed by the defendants as prospective witnesses, as well as any person, representative or entity as necessary for rebuttal purposes at the trial of the matter.

Respectfully submitted this 13th day of February, 2007.

                                            /s/**JIMMY JACOBS**
                                            JIMMY JACOBS (JAC051)
                                            Attorney for Plaintiff
                                            4137 Carmichael Road, Ste 100
                                            Montgomery, Alabama 36106
                                            (334) 215-1788

<u>CERTIFICATE</u> <u>OF SERVICE</u>

  I hereby certify that a true and correct copy of the foregoing was transmitted for service upon counsel of record to the Court's CM/ECF system on this the 13$^{\text{h}}$ day of February, 2007.

               /s/JIMMY JACOBS
               JIMMY JACOBS (JAC051)
               Attorney for Plaintiff

**COUNSEL OF RECORD:**

Clifton E. Slaten
G. R. Trawick
Slaten & O'Connor, P.C.
105 Tallapoosa Street, Ste. 101
Montgomery, Alabama 36104