**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JANICE McCOLLUM** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:-05-cv-1237-WKW** |
| | ) | |
| **AMTREN, INC.,** | ) | **(JURY DEMAND)** |
| **Defendant** | ) | |

**PLAINTIFF'S LIST OF PROPOSED EXHIBITS**

Exhibit

1.   Amtren Employee Change Status/Payroll form dated April 19, 2004.

2.   Lamberth letter dated 3/30/05

3.   Amtren New Hire form dated April 1, 2005;

4.   Amtren EEOC response dated June 29, 2005.

5.   Amtren EEOC response attachment 1

6.   Amtren EEOC response attachment 2

7.   Amtren EEOC response attachment 3

8.   Amtren EEOC response attachment 4

9.   Amtren EEOC response attachment 5

10.   Employment Roster for Amtren: April 1, 2005

11.   Amtren General ledger detail for February 2004 to June 2005.

12.   Income Statement by month for February 2004 to June 2005.

13.   Employment records of temporary/try and hire female employees.

14.   IRS Form 941 for Amtren 2004 and 2005.

15.   Wilson Price letter of understanding dated August 20, 2004

16.    Wilson Price proposals and related correspondence.

17.    Wilson Price letter of resignation from Bobby Lake

18.    Wilson Price invoices and time records.

19.    Padus invoice and check

20.    BC/BS group invoice dated April 15, 2005.

21.    BC/BS letter dated April 25, 2005.

Additionally, the plaintiff may utilize and offer into evidence any materials

designated by the defendants as potential exhibits in the trial of this matter.

Respectfully submitted this 13th day of February 2007.

            /S/ **JIMMY JACOBS**
            JIMMY JACOBS (JAC051)
            Attorney for Plaintiff
            4137 Carmichael Rd, Ste 100
            Montgomery, Alabama 36106
            (334) 215-1788


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was transmitted to the Clerk of the Court for service upon counsel of record by the Court's CM/ECF system on this the 13th day of February 2007.

            /s/Jimmy Jacobs
            JIMMY JACOBS (JAC051)


COUNSEL OF RECORD:

Clifton E. Slaten
G. R. Trawick
Slaten & O'Connor, P.C.
105 Tallapoosa Street, Ste. 101
Montgomery, Alabama 36104