IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JANICE McCOLLUM | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 2:-05-cv-1237-WKW |
| | ) | |
| AMTREN, INC., | ) | (JURY DEMAND) |
|     Defendant | ) | |

**PLAINTIFF'S LIST OF PROSPECTIVE WITNESSES**
**(Revised)**

The Plaintiff submits the following as prospective witnesses at the trial of this matter:

Will Call

1. Janice McCollum
   c/o Jimmy Jacobs, L.L.C.
   4137 Carmichael Rd. Ste 100
   Montgomery, AL 36106
   (334)215-1788

2. Mike Bishop
   c/o Jimmy Jacobs, L.L.C.
   4137 Carmichael Rd. Ste 100
   Montgomery, AL 36106
   (334)215-1788

3. David Fields
   c/o Jimmy Jacobs, L.L.C.
   4137 Carmichael Rd. Ste 100
   Montgomery, AL 36106
   (334)215-1788

4. Lisa McNamee
   c/o Jimmy Jacobs, L.L.C.
   4137 Carmichael Rd. Ste 100
   Montgomery, AL 36106
   (334)215-1788

5. Barbara Hover
c/o Jimmy Jacobs, L.L.C.
4137 Carmichael Rd. Ste 100
Montgomery, AL 36106
(334)215-1788

May Call:

6. Kirk Lamberth,
Amtren Corporation
5320 Perimeter Parkway
Montgomery, AL 36116

7. Robert Lake
Amtren Corporation
5320 Perimeter Parkway
Montgomery, AL 36116

8. Susan Seeber
Amtren Corporation
5320 Perimeter Parkway
Montgomery, AL 3611

9. Representative
Wilson-Price Accounting
3815 Interstate Court
Montgomery, AL 36109

10. Representative
Workforce/Walker Personnel
300 Arba Street
Montgomery, AL 36104

11. Amy Holley
Amtren Corporation
5320 Perimeter Parkway
Montgomery, AL 36116

The Plaintiff may also call any person or entity proposed by the defendants as prospective witnesses, as well as any person, representative or entity as necessary for rebuttal purposes at the trial of the matter.

Respectfully submitted this 15th day of February, 2007.

/s/**JIMMY JACOBS**
JIMMY JACOBS (JAC051)

                                            Attorney for Plaintiff
                                            4137 Carmichael Road, Ste 100
                                            Montgomery, Alabama 36106
                                            (334) 215-1788

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was transmitted for service upon counsel of record to the Court's CM/ECF system on this the 15th day of February, 2007.

                                            /s/JIMMY JACOBS
                                           JIMMY JACOBS (JAC051)
                                           Attorney for Plaintiff

**COUNSEL OF RECORD:**

Clifton E. Slaten
G. R. Trawick
Slaten & O'Connor, P.C.
105 Tallapoosa Street, Ste. 101
Montgomery, Alabama 36104