IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
RECEIVED
2007 FEB 14 P 4:05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JANICE McCOLLUM, | |
| Plaintiff, | |
| vs. | Case No. 2:05-CV-1237-WKW |
| AMTREN, INC., | |
| Defendant. | |

## DEFENDANT'S WITNESS LIST

Pursuant to the Court's Scheduling Order, Defendant list the following persons who will or may be called to testify in this case.

I. PERSONS WHO ARE EXPECTED TO TESTIFY

    A. Kirk Lamberth
       Amtren Corporation
       5320 Perimeter Parkway
       Montgomery, Alabama

    B. Bobby Lake
       Amtren Corporation
       5320 Perimeter Parkway
       Montgomery, Alabama

    C. Susan Seeber
       Amtren Corporation
       5320 Perimeter Parkway
       Montgomery, Alabama

D. Amy Holley
Amtren Corporation
5320 Perimeter Parkway
Montgomery, Alabama

E. Joy Morgan
Amtren Corporation
5320 Perimeter Parkway
Montgomery, Alabama

F. Tace Horii
Amtren Corporation
5320 Perimeter Parkway
Montgomery, Alabama

G. Lisa McNamee
81 South Mitchell Street
Maxwell Air Force Base

H. Representative of Walker Personnel
300 Arba Street
Montgomery, Al

I. Defendant reserves the right to call any person listed as a witness by Plaintiff.

J. Defendant reserves the right to call any person as necessary for rebuttal purposes.

Respectfully submitted this 14th day of February, 2007.

G. R. "Rick" TRAWICK (Ala. TRA007)
**Attorney for Defendant Amtren, Inc.**

-2-

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104
(334) 396-8882
(334) 398-8880 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing instrument upon the following attorney(s) of record by placing a copy of same in the United States Mail, postage prepaid this the 14th day of February, 2007.

Jimmy Jacobs, Esquire
143 Eastern Boulevard
Montgomery, Alabama 36117

*/s/ J. R. Truwelt*
OF COUNSEL

F:\Business Group\Amtren Corporation\McCollum\Plead\Defendant's Witness List.wpd