# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RECEIVED

2007 FEB 14  P 4: 05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| **JANICE McCOLLUM,** | ✦ | |
| | ✦ | |
| **Plaintiff,** | ✦ | |
| | ✦ | |
| **vs.** | ✦ | **Case No.  2:05-CV-1237-WKW** |
| | ✦ | |
| **AMTREN, INC.,** | ✦ | |
| | ✦ | |
| **Defendant.** | ✦ | |

## DEFENDANT'S EXHIBIT LIST

Pursuant to the Court's Scheduling Order, Defendant lists the following documents that may be used as exhibits in this case.

1.  Exhibit 1 is a copy of Janice McCollum's rate of pay effective April 19, 2004.

2.  Exhibit 2 is a copy of Janice McCollum's rate of pay effective April 1, 2005.

3.  Exhibit 3 is a copy of Plaintiff's responses to Defendant's Interrogatories.

4.  Exhibit 4 are copies of e-mails related to Padus, Inc.

5.  Exhibit 5 is a summary of NSF charges to Amtren's checking account.

6.  Exhibit 6 are copies of notices from the Internal Revenue Service to Amtren.

7.  Exhibit 7 are copies of notices from the Internal Revenue Service to Amtren.

8.  Exhibit 8 are copies of notices from the Internal Revenue Service to Amtren.

9.  Exhibit 9 is a copy of a Blue Cross Blue Shield notice.

-1-

10.     Exhibit 10 is a copy of a Blue Cross Blue Shield notice.

11.     Exhibit 11 is a copy of a Blue Cross Blue Shield notice.

12.     Exhibit 12 is a copy of the cancellation notice from Chase Merchant Services.

13.     Exhibit 13 is a copy of Lisa McNamee's rate of pay effective April 25, 2005.

14.     Exhibit 14 is a copy of Lisa McNamee's rate of pay effective May 2, 2005.

15.     Exhibit 15 is a copy of Lisa McNamee's rate of pay effective June 19, 2005.

16.     Exhibit 16 is a copy of the employee information card for Susan Seeber.

17.     Exhibit 17 is a copy of the salary increase authorization for Susan Seeber.

18.     Exhibit 18 is the affidavit of Amy Holley and attached Exhibit.

19.     Defendant reserves the right to introduce into evidence any document produced to Plaintiff during discovery in this case.

20.     Defendant reserves the right to introduce into evidence any document obtained during discovery in this case.

21.     Defendant reserves the right to introduce into evidence any document listed as an exhibit by Plaintiff.

22.     Defendant reserves the right to introduce any document necessary for rebuttal purposes.

23.     Defendant reserves the right to use the deposition of Plaintiff for any purpose permitted pursuant to the *Federal Rules of Civil Procedure.*

24.     The documents listed herein are available for inspection and copying in the

office of Defendant's counsel at a time convenient for Plaintiff's counsel.

Respectfully submitted this 14th day of February, 2007.

G. R. "Rick" TRAWICK (Ala. TRA007)
**Attorney for Defendant Amtren, Inc.**

**OF COUNSEL:**
**SLATEN & O'CONNOR, P.C.**
105 Tallapoosa Street, Suite 101
Montgomery, Alabama  36104
(334) 396-8882
(334) 398-8880 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing instrument upon the following attorney(s) of record by placing a copy of same in the United States Mail, postage prepaid this the 14th day of February, 2007.

Jimmy Jacobs, Esquire
143 Eastern Boulevard
Montgomery, Alabama 36117

**OF COUNSEL**

F:\Business Group\Amtren Corporation\McCollum\Plead\Defendant's Exhibit List.wpd

-3-