IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JANICE McCOLLUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv1237-WKW |
| | ) | |
| AMTREN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER ON MOTION

Upon consideration of Plaintiff's Motion to Compel (Doc. #16) and Defendant's responses to that motion (Doc. #24), it is ORDERED as follows:

Plaintiff's Requests Nos. 32 and 38 contained in ¶a are DENIED without prejudice, because the requests are irrelevant.

Plaintiff's Requests No. 48 contained in ¶b are DENIED without prejudice as irrelevant and overly broad.

Plaintiff's Request No. 55 contained in ¶c is GRANTED.  Defendant shall make these documents available to Plaintiff for inspection and copying until February 22, 2007.

Plaintiff's Requests Nos. 59 and 60 contained in ¶d are GRANTED for the year 2004 only to the extent that Defendant possesses this information.  These requests are relevant to Plaintiff's claim of disparate treatment.

Plaintiff's Request No. 61 contained in ¶e is DENIED without prejudice as vague and overly broad.

Plaintiff's request for attorneys fees are DENIED, as the Court did not grant all of Plaintiff's requests.

DONE this 16th day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE