IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MCCOLLUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1237-WKW |
| ) | |
| AMTREN, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is ORDERED that all dates and deadlines in this case, including the trial date, are CONTINUED generally.

DONE this 6th day of March, 2007.

      /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE