IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MCCOLLUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1237-WKW |
| | ) |
| AMTREN, INC., | ) |
| | ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date, it is ORDERED that:

1. Judgment is entered in favor of Defendant Amtren, Inc., and against Plaintiff Janice McCollum.

2. All claims against Defendant are DISMISSED with prejudice.

3. Costs are taxed against Plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 22nd day of March, 2007.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE