IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE McCOLLUM ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 2:-05-cv-1237-WKW |
| ) | |
| AMTREN, INC., ) | (JURY DEMAND) |
| ) | |
| Defendant ) | |

## NOTICE OF APPEAL

COMES NOW the Plaintiff and files this Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit from Final Judgment entered on March 22, 2007, by the Honorable W. Keith Watkins in the above-styled action.

RESPECTFULLY SUBMITTED this 12th day of April, 2007.

/s/ Jimmy Jacobs
JIMMY JACOBS(JAC051)
Attorney for Plaintiffs

OF COUNSEL:
Jimmy Jacobs, LLC
4137 Carmichael Road, Ste 100
Montgomery, Alabama 36106
(334) 215-1788

1

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was transmitted to the defendants by U.S. mail, properly addressed and postage prepaid on this the 12th day of April, 2007.

_____
JIMMY JACOBS (JAC051)
Attorney for Plaintiff

COUNSEL OF RECORD:

Clifton E. Slaten
G. R. Trawick
Slaten & O'Connor, P.C.
105 Tallapoosa Street, Ste. 101
Montgomery, Alabama 36104