IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

07-11674-EE

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 2 6 2007

THOMAS K. KAHN
CLERK

JANICE MCCOLLUM,

Plaintiff-Appellant,

versus

AMTREN, INC.,

Defendant-Appellee.

---

On Appeal from the United States District Court for the
Middle District of Alabama

---

BEFORE:   ANDERSON and BARKETT, Circuit Judges.

BY THE COURT:

Appellant's "Joint Motion to Dismiss Appeal With Prejudice," construed as an unopposed motion to dismiss the appeal with prejudice due to settlement, with the parties to bear their own costs, is GRANTED.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: /s/ 
Deputy Clerk
Atlanta, Georgia